UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORE ONCOLOGY, INC., a Washington corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN SCIENTIFIC, INC., a California corporation,<br><br>           Defendant. | CASE NO. C09-0199-JCC<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

This Court hereby STAYS the above-entitled action pending bankruptcy proceedings.

IT IS FURTHER ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

The Clerk of Court shall direct copies of this Order to all counsel of record.

DATED this 31st day of March, 2009.

_____
John C. Coughenour
United States District Judge

ORDER – 1